# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-8442 MWF (MRWx) | Date | April 26, 2016 |
|---|---|---|---|
| Title | Unicolors, Inc. v. Apollo Apparel Group | | |

**Present: The Honorable** Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: PROTECTIVE ORDER

    The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 32.) The Court accepts and ENTERS the proposed order subject to the following:

    1.    ¶ 6 – Any challenge to a confidentiality designation must comply in full with the joint filing format described in Local Rule 37 for all discovery motions.